**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HAROLD WERKHEISER, | |
| Plaintiff-, | NO. 16-cv-0015 |
| v. | (JUDGE CAPUTO) |
| POCONO TOWNSHIP, | |
| Defendant-. | |

**ORDER**

**NOW**, this 23rd day of January, 2018, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (Doc. 15) filed by Defendant Pocono Township is **DENIED**.

       /s/ A. Richard Caputo
       A. Richard Caputo
       United States District Judge